**ANDRES ORTIZ LAW**
ANDRES ORTIZ (CSBN 279239)
4201 LONG BEACH BLVD., STE 326
LONG BEACH, CA 90807
PH. 657-243-3768
ANDRES.ORTIZ@ANDRESORTIZLAW.COM

*Attorneys for Omid Delkash*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omid Delkash, <br><br> Petitioner, <br><br> v. <br><br> Kristi Noem, Secretary of the Department of Homeland Security; et. al, <br><br> Respondents. | Case No.: 5:25-cv-01675-HDV (AGR) <br><br> [~~PROPOSED~~ ORDER] GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE A REPLY <br><br> Filed pursuant to FRCP 6(b)(1)(B) |

On September 22, 2025, the Respondents filed a response to the petition for writ of habeas corpus. The Petitioner's reply deadline was October 22, 2025. Due to a clerical error, the Petitioner missed the reply deadline. Noting that the parties conferred and the Respondents do not oppose extending the time to file a reply, the Court orders the following:

1. Good cause exists to extent time to file the reply to October 29, 2025.

-2-

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE