JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMID DELKASH,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 5:25-cv-01675-HDV-DSR<br>~~[PROPOSED]~~<br>JUDGMENT |

Pursuant to the Joint Proposed Grant of Petition and Entry of Judgment under 28 U.S.C. § 2241 and the Order Granting Petitioner's Motion for a Preliminary Injunction ("Preliminary Injunction Order") (Dkt. 18), it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Preliminary Injunction Order.

Dated: 08/12/26

Hernán D. Vera
United States District Judge